EILEEN M. TEICHERT, City Attorney (SBN 167027)
**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA  95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA  95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO, JONDEREK SALLEE, K. CHAN, M. HOFFMAN and G. DAHL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JEFFREY E. CONNER<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SACRAMENTO , et al,<br><br>　　　　　Defendants. | Case No.: 2:10-CV-00608-JAM-GGH<br><br>**STIPULATION AND ORDER FOR STAY OF PROCEEDINGS**<br>**(AS MODIFIED BY THE COURT)** |
|---|---|

　　　　Plaintiff JEFFREY CONNER and Defendants CITY OF SACRAMENTO, JONDEREK SALLEE, K. CHAN, M. HOFFMAN and G. DAHL, by and through their attorneys of record, hereby stipulate to a stay of the proceedings in the instant action, pending the resolution of the state criminal court action entitled <u>People v. Jeffrey Conner</u>, Sacramento Superior Court Case No. 09M02341.

IT IS SO STIPULATED.

Dated: November 5, 2010　　　　　　　　　　EILEEN M. TEICHERT, City Attorney


　　　　　　　　　　　　　　　　　　By:   /s/ Sheri M. Chapman
　　　　　　　　　　　　　　　　　　**SHERI M. CHAPMAN**, Sr. DCA
　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　CITY OF SACRAMENTO, J. SALLEE,
　　　　　　　　　　　　　　　　　　K. CHAN, M. HOFFMAN and G. DAHL

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October 29, 2010          /s/ Ellen C. Dove
                                 **ELLEN C. DOVE**
                                 LAW OFFICE OF ELLEN C. DOVE

                                 Attorneys for Plaintiff JEFFREY CONNER

Good cause appearing therefore, the Court hereby orders the proceedings stayed in this civil action pending the resolution of the state criminal court action entitled <u>People v. Jeffrey Conner</u>, Sacramento Superior Court Case No. 09M02341.  The parties shall file a joint status report within 20 days of the completion of the criminal action, or no later than May 20, 2011, whichever comes first.

IT IS SO ORDERED.

Dated: November 15, 2010          /s/ John A. Mendez
                                 **HON. JOHN A. MENDEZ**
                                 **UNITED STATES DISTRICT COURT JUDGE**

_____

PDF created with pdfFactory trial version www.pdffactory.com